## STEVENS v. KENNEDY.

No. 5748.   Opinion Filed September 28, 1915.

Rehearing Denied November 9, 1915.

(152 Pac. 443.)

**APPEAL AND ERROR—Parties—Purchasers at Sheriff's Sale.** Purchasers at sheriff's sale are necessary parties in this court in a proceeding to reverse an order of the district court confirming a sheriff's sale of land on execution, and ordering a deed to issue to such purchaser.

(Syllabus by Brett, C.)

*Error from District Court, Wagoner County;*
*R. C. Allen, Judge.*

Proceedings between Harry L. Stevens and J. H. Kennedy and others.   From the judgment, Stevens brings error.   Dismissed.

*Wm. B. Moore,* for plaintiff in error.

*Orlando Swain, Sponsler & Graves,* and *S. B. Dawes,* for defendants in error.

Opinion by BRETT, C.   The facts in this case are identical with the facts in *Smith v. Noble Bros.*, 54 Okla. —, 153 Pac. 1150, this day handed down, and the law in that case is clearly decisive of the case at bar.   The defendants in error have moved to dismiss the appeal because the purchaser at the sheriff's sale was not made a party to the appeal, and the opinion in that case is adopted as the law in this case; and we therefore recommend that the appeal be dismissed.

By the Court:   It is so ordered.